# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHLEEN BRAEGER,

    Plaintiff,

vs.

    Case No. 2:19-cv-11847-LVP-EAS

    HON. LINDA V. PARKER

ARMANDO DOKU, an individual,
and AVANEER DENTAL STUDIO, LLC,
a Michigan limited liability company,

    Defendant.

_____/

| | |
|---|---|
| SCHWARTZ LAW FIRM, P.C. | SWISTAK LEVINE, P.C. |
| By:  Mary A. Mahoney (P41568) | By:  Lawrence P. Swistak (P24892) |
| Attorneys for Plaintiff |     John Hilla (P69128) |
| 37887 W. Twelve Mile Rd., Ste. A | Attorneys for Defendants |
| Farmington Hills, MI 48331 | 30833 Northwestern Hwy., Ste. 120 |
| (248) 553-9400 | Farmington Hills, MI 48344 |
| (248) 554-9107 Facsimile | (248) 851-8000 |
| mmahoney@schwartzlawfirmpc.com | lswistak@swistaklevine.com |

LAW OFFICES OF ABRAHAM
SINGER PLLC
By:  Abraham Singer (P23601)
Co-Counsel for Defendants
30833 Northwestern Hwy., Ste. 120
Farmington Hills, MI 48334
(248) 626-8888
asinger@singerpllc.com

_____/

**STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Upon the Stipulation between the parties hereto, and the Court having approved the settlement between the parties set forth in a certain Mutual Release and Settlement Agreement dated January 10, 2020, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the name of the individual defendant, Armando Duko, is hereby revised to reflect the true name of the Defendant, Armando Doku.

**IT IS FURTHER ORDERED** that this case is dismissed in its entirety, with prejudice and without costs or attorneys' fees to any party, subject to the terms of a Mutual Release and Settlement Agreement between the parties and conditioned only upon those terms that remain executory, and shall become unconditional upon the performance of all executory provisions of such Agreement.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 21, 2020

We stipulate to entry of the forgoing Order:

By:  /s/ Mary A Mahoney (P41568)  　　By:  /s/ Lawrence P. Swistak (P24892)
Attorney for Plaintiff  　　　　　　　　　Attorney for Defendants
37887 West Twelve Mile Rd., Ste. A  　　30833 Northwestern Hwy., Ste. 120
Farmington Hills, MI 48331  　　　　　　Farmington Hills, MI 48344
(248) 553-9400  　　　　　　　　　　　(248) 851-8000
mmahoney@schwartzlawfirmpc.com  　lswistak@swistaklevine.com


By: /s/ Abraham Singer (P23601)
Co-Counsel for Defendants
30833 Northwestern Hwy., Ste. 120
Farmington Hills, MI 48334
(248) 626-8888
asinger@singerpllc.com

3